```
                           United States Bankruptcy Court
                             Southern District of Indiana
In re:                                                         Case No. 19-08287-JJG
Nathan Kyle Lowery                                             Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0756-1           User: admin                 Page 1 of 1                  Date Rcvd: Dec 12, 2019
                               Form ID: SF07043            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Nathan Kyle Lowery,    3131 Bentwood Circle N Drive 2A,    Indianapolis, IN 46268-2843
15538488       +Financial Cntr First C,    P.O. Box 26501,   Indianapolis, IN 46226-0501
15538491       +Villages of Bent Tree Apartments,    3210 Ramblewood,    Indianapolis, IN 46268-3548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FJBFRIEDMEYER Dec 13 2019 04:48:00      Joanne B. Friedmeyer,
                 Joanne B. Friedmeyer Trustee,    1389 West 86th Street,    Ste &#35;280,
                 Indianapolis, IN 46260-2101
15538485       +EDI: CAPITALONE.COM Dec 13 2019 04:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15538486       +EDI: CHASE.COM Dec 13 2019 04:48:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
15538487        EDI: WFNNB.COM Dec 13 2019 04:48:00      Comenity Capital/Zales,    Attn: Bankrutptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
15538489       +EDI: AGFINANCE.COM Dec 13 2019 04:43:00      OneMain Financial,    Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
15538490       +EDI: RMSC.COM Dec 13 2019 04:43:00      Syncb/ccdstr,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
                                                                                                TOTAL: 6


               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Davina L Curry    on behalf of Debtor Nathan Kyle Lowery thecurrylawfirm@gmail.com
              Joanne B. Friedmeyer    trustee@friedmeyerlaw.com,    jbf@trustesolutions.net
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Nathan Kyle Lowery**,
      Debtor.

Case No. **19−08287−JJG−7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on December 12, 2019, by Trustee Joanne B. Friedmeyer.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** 2019 State and Federal Tax Refunds, pro rata. Any objection to the proposed abandonment of property must be filed with the Court by December 26, 2019. Objections should comply with S.D.Ind. B−9013−1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after December 26, 2019.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by March 11, 2020 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  December 12, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court